IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00135-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BOBBY SAMUEL ARNOLD (2) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's Motion to Receive Earned Time Credits pursuant to the First Step Act of 2018, (Doc. No. 166), and a supplemental motion, (Doc. No. 168).

It is the responsibility of the Attorney General, through the Bureau of Prisons, to compute jail credit. United States v. Stroud, 584 F. App'x 159, 160 (4th Cir. 2014) (citing United States v. Wilson, 503 U.S. 329, 334-35 (1992)). If a defendant is not given the credit he thinks he deserves, his recourse is first to seek an administrative remedy, 28 C.F.R. § 542.10, and after that to file a petition under 28 U.S.C. § 2241 in the district of confinement, Id., which is the Middle District of Florida in this case, https://www.bop.gov/inmateloc/. The defendant has not shown this Court has jurisdiction over his complaint about the execution of his sentence.

**IT IS, THEREFORE, ORDERED** that the defendant's Motions, (Doc. Nos. 166, 168) are **DISMISSED**.

Signed: June 7, 2022

Robert J. Conrad, Jr.
United States District Judge